```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 35169
    ALMEARTH WILLIAMSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5334

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/22/2004 and was confirmed 02/23/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 08/10/2006.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
NATIONAL CITY HOME LN/ A  CURRENT MORTG         .00           .00            .00
NATIONAL CITY HOME LN/ A  MORTGAGE ARRE    4885.90           .00        4885.90
ACC INTERNATIONAL         UNSECURED        NOT FILED         .00            .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED         .00            .00
CASH FLOW CONSULTANTS     UNSECURED        NOT FILED         .00            .00
CHICAGO AREA OFFICE FED   FILED LATE       6138.64           .00            .00
RESURGENT ACQUISITION LL  UNSECURED        5502.85           .00        5502.85
FORD MOTOR CREDIT         UNSECURED        NOT FILED         .00            .00
MEDICAL IMAGINING PROGES  UNSECURED        NOT FILED         .00            .00
NICOR GAS                 UNSECURED        2210.51           .00        2210.51
SOCIAL SECURITY ADMINIST  UNSECURED        NOT FILED         .00            .00
VILLAGE OF MAYWOOD WATER  SECURED           687.90           .00         687.90
WYNDTELL GO AMERICA       UNSECURED          189.09          .00         189.09
NATIONAL CITY HOME LN/ A  COST OF COLLE        .00           .00            .00
ROXANNE B JACKSON & ASSO  DEBTOR ATTY     1,400.00                     1,400.00
TOM VAUGHN                TRUSTEE                                        598.21
DEBTOR REFUND             REFUND                                       1,477.52

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             16,951.98

PRIORITY                                           .00
SECURED                                       5,573.80
UNSECURED                                     7,902.45
ADMINISTRATIVE                                1,400.00
TRUSTEE COMPENSATION                            598.21
DEBTOR REFUND                                 1,477.52
                    --------------         --------------
TOTALS              16,951.98                16,951.98
```

PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 04 B 35169 ALMEARTH WILLIAMSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```